LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
　　1420 E. Cooley Dr., Suite 100
　　Colton, California 92324
　　Telephone: (909) 796-4560
　　Facsimile: (909) 796-3402
　　E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DENNIS CLARK, | No. CV 09-9453 PJW |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($2,800.00) subject to the terms of the stipulation.

DATE: May 13, 2011

HON. PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE